# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. CR411-243 |
| ) | |
| TYRONE BARNES ) | |

## REPORT AND RECOMMENDATION

The Court ordered a forensic psychological examination of defendant Tyrone Barnes in accordance with 18 U.S.C. § 4241(a) and (b) to determine whether he is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. (Doc. 17.) Additionally, the Court directed the examiners to determine whether defendant was insane at the time of the charged offense. (*Id.*) Pursuant to the Court's order, Barnes underwent a comprehensive psychological evaluation at the Federal Detention Center in Miami, Florida. His evaluators found that he is competent to stand trial and was sane at the time of the offense.

(Doc. 21.)

Both defendant and the government stipulate to the report's findings. (Doc. 24.) The Court concurs with the unrebutted findings in the forensic report that the defendant is not presently suffering from a mental disease or defect rendering him mentally incompetent to stand trial and was not insane at the time he committed the offense. It is therefore **RECOMMENDED** that defendant be found competent to stand trial pursuant to 18 U.S.C. § 4241.

**SO REPORTED AND RECOMMENDED** this 12Th day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA